Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



**Debra Morway**
212-309-6298
dmorway@morganlewis.com

September 14, 2006

**VIA ECF AND FIRST CLASS MAIL**

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re: Allan Hoyt v. Home Depot U.S.A., Inc., et al., No. 05 CV 2890 (ADS) (AKT)

Dear Judge Spatt:

We represent Defendants in the above-referenced matter. We are writing on behalf of both parties to inform the Court that the parties have reached a settlement and to request that the Court enter a 60-day order of discontinuance to allow the parties time to memorialize the settlement.

Respectfully submitted,

Debra Morway

cc: James Vagnini, Esq., *counsel for Plaintiff*